Appeal No. H129 from Judgment dated Nov. 19, 1990, L. Breland Hilburn Jr., Ruling Judge, Hinds County Circuit Court, First Judicial District.
C. Eiland Harris, Jackson, for appellant.
Michael C. Moore, Atty. Gen., Deirdre McCrory, Sp. Asst. Atty. Gen., Jackson, for appellee.
Before HAWKINS, C.J., and SULLIVAN and McRAE, JJ.
Affirmed.
DAN M. LEE and PRATHER, P.JJ., and PITTMAN, JAMES L. ROBERTS, Jr. and SMITH, JJ., concur. .
BANKS, J., concurs in results only.